### ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Christopher HILL, Petitioner**

No. 307 EAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

### ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Brian HAMILTON, Petitioner**

No. 316 EAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

### ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

**Tom FOSTER, Administrator of the**
**Estate of Kenneth W. Foster,**
**Deceased, Respondent**

v.

**GOLDEN GATE NATIONAL SENIOR CARE, LLC; Erie Operating, LLC D/b/a Golden Livingcenter–Walnut Creek; Erie Acquisition, LLC; GGNSC Equity Holdings, LLC; GGNSC Holdings, LLC; GGNSC Clinical Services, LLC; GGNSC Administrative Services, LLC; Spectra Healthcare Alliance Vi, LLC; Spectra Healthcare Alliance Inc; Beverly Enterprises, Inc.; and Denise Curry, an Individual, Petitioners**

No. 249 WAL 2016

Supreme Court of Pennsylvania.

November 17, 2016

### ORDER

PER CURIAM

**AND NOW**, this 17th day of November, 2016, the Petition for Allowance of Appeal

is **GRANTED**. The Superior Court's order is **VACATED**. This matter is **REMAND-ED** for proceedings consistent with the decision in *Taylor v. Extendicare Health Facilities, Inc.,* 147 A.3d 490, 2016 WL 5630669 (Pa. 2016).

Debora A. **STUBITS**, Administratrix of the Estate of Richard F. Dombrowski

v.

**GOLDEN GATE NATIONAL SENIOR CARE, LLC; GGNSC Erie Western Reserve, LP, d/b/a Golden Living Center–Western Reserve; GGNSC Holdings, LLC; GGNSC Equity Holdings, LLC; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; Golden Gate Ancillary LLC; GPH Erie Western Reserve LLC; GGNSC Erie Western Reserve GP LLC; Elizabeth Kachel, Nha; Denise Curry, RVP; Millcreek Community Hospital; Millcreek Health System**

Petition of: Golden Gate National Senior Care, LLC; GGNSC Erie Western Reserve, LP, d/b/a Golden Living Center–Western Reserve; GGNSC Holdings, LLC; GGNSC Equity Holdings, LLC; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; Golden Gate Ancillary LLC; GPH Erie Western Reserve LLC; GGNSC Erie Western Reserve GP LLC; ELIzabeth Kachel, Nha; Denise Curry, RVP

No. 250 WAL 2016

Supreme Court of Pennsylvania.

November 17, 2016

## ORDER

PER CURIAM

**AND NOW**, this 17th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED**. This matter is **REMAND-ED** for proceedings consistent with the decision in *Taylor v. Extendicare Health Facilities, Inc.,* 147 A.3d 490, 2016 WL 5630669 (Pa. 2016).

Patrick J. **MACPHERSON**, Executor of the Estate of Richard Macpherson, Deceased, Petitioner

v.

The **MAGEE MEMORIAL HOSPITAL FOR CONVALESCENCE d/b/a Magee Rehabilitation Hospital, Jefferson Health System, Inc., TJUH System, Manor Care of Yeadon PA, LLC, d/b/a Manorcare Health Services–Yeadon, HCR Manor Care, Inc., Manorcare, Inc., HCR Healthcare, LLC, HCR II Healthcare, LLC, HCR III Healthcare, LLC, Respondents**

No. 700 EAL 2015

Supreme Court of Pennsylvania.

November 17, 2016